**Order issued July 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-13-01170-CR

---

### KERRY WAYNE CLARK, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Bridges, Francis, and Lang-Miers

Based on the Court's opinion of this date, we **GRANT** the March 24, 2013 motion of Ronald L. Goranson for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Ronald L. Goranson as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Kerry Wayne Clark, TDCJ No. 1867208, Hutchins State Jail, 1500 Langdon Road, Dallas, Texas, 75241.

/Molly Francis/_____
MOLLY FRANCIS
JUSTICE